IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Vonnie Darin Darby, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:09-cv-010 |
| vs. | ) | |
| | ) | |
| Don Redmann, Warden, | ) | |
| B. Dreher, Lieutenant, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | **ORDER (AMENDED)** |
| | ) | |
| Vonnie Darin Darby, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Don Redmann, Warden | ) | |
| B. Dreher, Lieutenant and | ) | |
| Jennifer Peoppel, CCW, | ) | |
| | ) | Case No. 3:09-cv-012 |
| Defendants. | ) | |

This consolidated action is now before the court for an initial review as mandated by 28 U.S.C. §1915A. Having reviewed the complaints, the undersigned is not prepared to conclude at this point that no claims for relief have been stated. Accordingly, it is hereby **ORDERED** that the Clerk of Court effectuate service of the summonses and complaints in the above-captioned consolidated action upon the Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure and, if necessary, that the service be made the United States Marshals Service.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge